**American Agency Company, appellant, v. Henry L. Lemons, Inc., appellee. Continental Construction Corporation, garnishee. The First National Bank and Trust Company, appellee. Gen. No. 37,747.**

 Opinion filed February 25,
1935. Rehearing denied March 11, 1935.
Henry G. Ferncase and C. Sidney Van Duzer, for appellant. Mayer,
Meyer, Austrian & Platt, for appellee First Nat. Bank & Trust Co.;
Carl Meyer, David F. Rosenthal and Jacob X. Schwartz, of counsel.
Mr. Presiding Justice O'Connor delivered the opinion of the court.